UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE BURGOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. AVRAM, et al.,<br><br>　　　　Defendants. | Case No.: 2:24-cv-01359-GMN-BNW<br><br>**ORDER** |

Plaintiff Jose Burgos brings this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while incarcerated at High Desert State Prison ("HDSP"). ECF Nos. 1-1, 5. Plaintiff's mail from the Court has been returned as undeliverable, stating that he is not at HDSP. ECF No. 6. According to the Nevada Department of Corrections inmate database, Plaintiff might be housed at Lovelock Correctional Center.

Plaintiff is advised that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. LR IA 3-1. This requirement "includes moving to a new institution or being released on parole." ECF No. 2 at 1. "The notification must include proof of service on each opposing party or the party's attorney[,]" when applicable. Nev. LR IA 3-1. And "failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

It is therefore ordered that Plaintiff has **until February 17, 2025**, to file his updated address with the Court.

The Clerk of Court is kindly directed to send a courtesy copy of this order to Lovelock Correctional Center's law library.

DATED: January 21, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE