UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE BURGOS,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>DR. AVRAM, et al.,<br><br>　　　　　　　Defendants | Case No. 2:24-cv-01359-GMN-BNW<br><br>ORDER |

　　　　Plaintiff Jose Burgos filed this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations that he claims he suffered while incarcerated at High Desert State Prison. (ECF No. 11 at 1.)  On May 1, 2025, the Court dismissed this action without prejudice because Plaintiff failed to file a Second Amended Complaint by the deadline of April 17, 2025. (ECF No. 12.)  The Court entered Judgment on May 2, 2025, and closed the case. (ECF No. 13.)

　　　　On May 5, 2025, Plaintiff filed a Second Amended Complaint. (ECF No. 15.)  The dismissal Order was also returned to the Court as undeliverable because Plaintiff did not update his address when he was transferred to Ely State Prison during the window of time for him to file a Second Amended Complaint. (*See* ECF No. 14.)  In these circumstances, the Court finds that the interests of justice support vacating the dismissal Order (ECF No. 12) and Judgment (ECF No. 13) and reopening the case.

　　　　Before the Court can screen the Second Amended Complaint, however, Plaintiff must personally sign it.  Parties who are representing themselves must personally sign every filing they submit to the Court. *See* Fed. R. Civ. P. 11(a).  If a party does not promptly correct the omission of a signature from a filing after that omission is brought to the party's attention, then the Court must strike the unsigned filing. *See id.*

　　　　It is therefore Ordered that the Clerk of Court is kindly requested to vacate the dismissal Order (ECF No. 12) and Judgment (ECF No. 13).

　　　　It is further Ordered that the Clerk of Court is kindly requested to reopen this case.

1  It is further Ordered that Plaintiff has 30 days from the date of this Order to sign and return the Second Amended Complaint.

It is further Ordered that Plaintiff's failure to comply with this Order will result in the Court striking the Second Amended Complaint.

It is further Ordered that the Clerk of Court is kindly requested to send a courtesy copy of the Second Amended Complaint (ECF No. 15) to Plaintiff.

DATED: May 6, 2025

_____
Gloria M. Navarro, Judge
United States District Court